450 A.2d 227

Phila. Parking Auth., Appellant v. Kinney System, Inc., Appellant.

Argued January 25, 1982. Joseph J. Carlin, for Phila. Parking Auth., appellant (at No. 910) and appellee (at No. 978); John R. Padova, for Kinney, appellant (at No. 978) and appellee (at No. 910).

Before WIEAND, CIRILLO and POPOVICH, JJ.

Order affirmed.